**Order entered November 18, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01139-CV

### ALANI CONSULTING, INC. AND B12 CONSULTING, LLC, Appellants

### V.

### UST GLOBAL INC., Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-01748**

## ORDER

Before the Court is the parties' November 17, 2022 joint motion for extension of briefing deadlines. We **GRANT** the motion and **ORDER** appellee's response brief be filed no later than December 21, 2022 and appellants' reply brief be filed no later than January 17, 2023.

/s/　ROBERT D. BURNS, III
　　　CHIEF JUSTICE